AO 91 (Rev. 11/11) Criminal Complaint  AUSA Sushma Raju (312) 353-5329



FILED
3/28/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JAWAD H. HAKEEM

CASE NUMBER:

23 CR 175

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about March 9, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | by force, violence, and intimidation, took from the person and presence of bank employees approximately $23,900.00 in money belonging to, and in the care, custody, control, management, and possession of Fifth Third Bank, 1 South Wacker Drive, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

GERARD REILLY
Task Force Officer, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: March 28, 2023

*Judge's signature*

City and state: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, GERARD REILLY, being duly sworn, state as follows:

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and have been so employed for 5 years. I have been employed for approximately 21 years by the Chicago Police Department. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that JAWAD H. HAKEEM has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging HAKEEM with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, information that appears in law enforcement records, interviews of witnesses, my review of surveillance videos and images, my training and experience, and the experience of other law enforcement agents.

I. **FACTS SUPPORTING PROBABLE CAUSE**

  A. SUMMARY OF PROBABLE CAUSE

4. On March 9, 2023, at approximately 2:59 p.m., a man wearing a black coat, red knit cap, blue jeans, and black and blue ski gloves robbed the Fifth Third Bank located at 1 South Wacker (the "Bank"). The man, later identified as HAKEEM, was carrying a loaded gun and engaged in a shoot-out with the Bank's security guard. The Bank lost approximately $23,900.00 as a result of the robbery.

5. Later in the day on March 9, Witness 1 contacted law enforcement to provide information about a man that Witness 1 had spoken to in an alleyway adjacent to the Bank approximately 15 minutes before the robbery took place. According to Witness 1, the man in the alleyway was wearing clothing that matched the clothing worn by the Bank robber. Witness 1 recognized the matching clothing after seeing media coverage that included a photo of the Bank robber in the Bank. The man in the alleyway provided Witness 1 with his telephone number, which Witness 1 shared with law enforcement.

6. As described in detail below, investigation of the telephone number provided by Witness 1 led law enforcement to identify HAKEEM based on Facebook posts that he made. Further investigation of HAKEEM led law enforcement to a motel room where they identified a gun and a pair of gloves that closely resemble the gun and gloves used by the Bank robber.

2

### B. ROBBERY OF FIFTH THIRD BANK ON MARCH 9, 2023

7. According to Bank surveillance footage from March 9, 2023, at approximately 2:59 p.m., a man, later identified as HAKEEM, entered the north lobby Bank entrance located on the corner of Wacker Drive and Madison Avenue. HAKEEM can be seen pointing a small, black gun at two Bank employees who are in the Bank's lobby.

8. According to Employee 1, a Bank teller who was in the lobby at the time HAKEEM entered, HAKEEM yelled words to the effect of, "I'm robbing you! Get down! There is a bullet in the chamber [of the gun]!" According to Bank surveillance footage and Employee 1, HAKEEM then threw a plastic bag on Employee 1's workstation and on the workstation of Employee 2, who was also in the lobby when HAKEEM entered. A still image of HAKEEM from Bank surveillance footage is included below.



3

9. According to Employees 1 and 2, they were both wearing nameplates on their person at the time of the robbery, and HAKEEM referred to each of them by name and made statements to hurry them along. Both Employees 1 and 2 also heard HAKEEM threaten that he would kill them, say that he wanted $100,000, and say that he wanted that amount in $100 bills.

10. According to Employee 3, Employee 3 was in the Bank's breakroom with the door closed at the time HAKEEM entered the Bank. Employee 3 was able to see what was happening in the Bank lobby through live feed surveillance video in the breakroom. Employee 3 observed HAKEEM walking around in the lobby carrying the gun. According to Employee 3, she then called 911 and pressed a panic button in the breakroom.

11. According to Bank surveillance footage and the accounts of Employees 1-3, while Employees 1 and 2 began filling up the plastic bags HAKEEM had provided them with money, a Bank security guard (Employee 4), was standing outside the Bank with his back to the windows. Employee 4 can be seen on video turning and observing HAKEEM, who was still pointing the gun and who seemed to simultaneously see Employee 4. According to Bank surveillance footage, HAKEEM then grabbed the plastic bags containing money from Employees 1 and 2 and started rushing to the Bank's exit.

12. According to Bank surveillance footage, Employee 4 drew his gun, which, according to Employee 4, was a revolver containing seven rounds of .38 caliber ammunition and began to back away. HAKEEM can be seen entering the area near

the Bank's glass revolving doors, with his gun pointed toward Employee 4. HAKEEM and Employee 4 began firing at each other while HAKEEM remained near or in the door turnstile.[1] According to Employee 4, he shot all seven rounds in his revolver and then changed locations to take cover while he reloaded his firearm.

13. According to the bank surveillance footage, HAKEEM appears to lose his balance during the exchange of gunfire and drop some of the money contained in the plastic bags. That footage and video footage obtained from other nearby buildings shows HAKEEM kneeling briefly to gather up and stuff money laying on the ground back into the plastic bags. At approximately 3:01 p.m., surveillance footage shows that HAKEEM fled eastbound on Madison Street.

14. According to law enforcement reports, as a result of the gunfire exchanged between HAKEEM and Employee 4, Employee 4 suffered a wound to his hand and received medical attention.

15. According to records maintained by the FDIC, Fifth Third Bank's deposits were insured by the FDIC at the time of the robbery.

C. **IDENTIFICATION OF JAWAD HAKEEM**

16. On March 9, 2023, several hours after the bank robbery, law enforcement received a tip from Witness 1 regarding an interaction she had with an individual at approximately 2:44 p.m. in an alleyway adjacent to the scene of the Bank robbery. According to Witness 1, after viewing news coverage of the Bank

---

[1] According to law enforcement reports, nine 9-millimeter shell casings from a semi-automatic pistol were recovered near the Bank's revolving doors.

robbery and seeing an image of the robber, Witness 1 believed that the individual in the alleyway may have been the Bank robber.

17. According to Google Maps, the alleyway where the interaction took place is identified as West Arcade Place. West Arcade Place is located between 1 South Wacker (the building housing the Bank) and 71 South Wacker (the building immediately to the south of 1 South Wacker). Law enforcement obtained surveillance footage showing West Arcade Place on March 9.

18. According to Witness 1 and the Arcade Place surveillance footage, at approximately 2:40 p.m., Witness 1 entered the area and began smoking a cigarette.[2] Moments later, a man wearing clothing matching the clothing worn by the Bank robber approached Witness 1 and began a conversation. According to Witness 1, the man first asked for a cigarette and then began telling Witness 1 that he was a "sugar daddy" and running for president in 2024. According to Witness 1 and the Arcade Place surveillance footage, Witness 1 and the man spoke for approximately two minutes.

19. During the conversation, Witness 1 could not see the man's face, but Witness 1 observed that the man was wearing a blue surgical face mask, a black

---

[2] According to a search of law enforcement databases, Witness 1 does not have any reported criminal history. Additionally, Witness 1 has received no benefits or promises in exchange for Witness 1's cooperation with law enforcement. As detailed below, Witness 1's statements are corroborated by substantial independent evidence, including video surveillance footage, social media posts, and evidence found in a motel room reserved by HAKEEM.

6

jacket with the hood up, a red cap under the hood, blue winter gloves, and jeans. A still image of the man on Arcade Place is below.³



20. According to Witness 1, the man then gave Witness 1 his phone number, which he said was (312) 200-1619. According to Witness 1, the man then told Witness 1 that there was a trick to memorizing the number (i.e., a mnemonic device). Namely, the man told Witness 1 that "312" symbolized Chicago, that "200" was a number assigned to him by T-Mobile because he was "special," and that "1619" was notable because it was the first year that slavery began in the United States. Witness 1 then walked away.

---

³ Witness 1 is visible in the Arcade Place footage but has been cropped out of the image above to protect their identity.

7

21. According to Witness 1, later that evening, Witness 1 saw media coverage of the Bank robbery and observed the below image released by the FBI showing a still photo of the Bank robber.



22. According to Witness 1, based on the clothing worn by the Bank robber—including the black jacket, red cap, and blue winter gloves—Witness 1 came to believe that s/he had spoken to the robber around the time of the robbery. Witness 1 also recalled the phone number that the man in the alleyway had provided because of the mnemonic device the man had shared. Witness 1 then called a law enforcement tipline on the evening of March 9 and provided information about the encounter in the alleyway and the phone number, (312) 200-1619 ("**Subject Phone 1**").

23. Based on a search of law enforcement databases on March 10, 2023, **Subject Phone 1** is serviced by provider Metro PCS (a subsidiary of T-Mobile) and associated with JAWAD HAKEEM.[4]

24. On March 10, 2023, at approximately 6:48 p.m., I sent a text message from a law enforcement cell phone ("LE Phone") to **Subject Phone 1** purporting to garner engagement with a local political campaign. I did not receive a response from **Subject Phone 1**. However, at approximately 7:36 p.m., the LE Phone received multiple text messages from phone number (224) 772-9025 ("**Subject Phone 2**") soliciting registration for a "Universal Income Program" and other purported political actions and events.[5]

25. Based on a search of law enforcement databases, which includes information from Facebook, **Subject Phone 2** is associated with a Facebook page with the username "Prince Hakeem." Publicly available information on the Facebook page included the following post, which lists HAKEEM's full name, date of birth, and the numbers for both **Subject Phone 1** and **Subject Phone 2**.[6]

---

[4] According to subscriber information provided by T-Mobile, **Subject Phone 1** is associated with JAWAD HAKEEM.

[5] According to subscriber information provided by T-Mobile, **Subject Phone 2** is associated with JAWAD HASHEM. According to law enforcement records and other sources noted in this affidavit, HASHEM is HAKEEM's middle name.

[6] Portions of this image have been redacted because they include HAKEEM's Social Security number and other personal information.



26. Further review of the Prince Hakeem Facebook page also revealed posts where the user posted images showing HAKEEM's Illinois identification card and Social Security card. A search of law enforcement databases confirmed that the information posted in those images is related to HAKEEM.

27. A publicly visible post on the Prince Hashem Facebook page dated March 11, 2023 says "I've been a Sugar_Daddy since 2005[.]" Another publicly visible post from the same date says "Jawad HaShem Hakeem will be the next President of the United States of America[.]" These statements are consistent with statements that HAKEEM made to Witness 1 on March 9, 2023.

28. On March 11, 2023, I reviewed a Chicago Police Department ("CPD") Report related to a March 2, 2023 theft incident involving HAKEEM. The report's

narrative section identified the offender by the following information, which is consistent with the Prince Hakeem Facebook page:

    a.    Name: Prince Hakeem

    b.    Phone: 224-772-9025 (i.e., **Subject Phone 2**)

    c.    Email: jawadhashemhakeem@gmail.com

    d.    Address: 4XXX Hickory Hills Dr Apt XXX Waukegan, IL 60037

29. On March 13, 2023, I reviewed a Waukegan Police Department ("WPD") Report related to a February 13, 2023 arrest of HAKEEM. The report identified HAKEEM as being associated with the same address noted above in paragraphs 25 and 28. The report also included a booking photo of HAKEEM that is consistent with photos posted on the Prince Hakeem Facebook page.

30. Based on my review of the Bank surveillance footage, the Arcade Place surveillance footage, and other images of HAKEEM obtained during the investigation, HAKEEM's height, weight, and skin tone are consistent with that of the individual who robbed the Bank.

### D. SEARCH OF MOTEL ROOM RENTED BY HAKEEM ON MARCH 13, 2023

31. On March 14, 2023, I learned that HAKEEM was arrested by the WPD on an active warrant and theft charges on March 13, 2023. According to the WPD records, HAKEEM provided information during the booking process that indicated he had rented Room 254 at the Best Motel, located at 6525 S. King Drive in Chicago over the weekend of March 11-12, 2023. HAKEEM told WPD that he had probably since been kicked out of the room.

11

32. On March 15, 2023, FBI agents went to the Best Motel and obtained a registration card and video surveillance footage showing that HAKEEM had rented Room 254 on March 12.[7]

33. According to Best Motel staff, on March 13, 2023, Hakeem failed to check out of his motel room by the end of his rental period. Accordingly, motel staff entered the room and found that HAKEEM was not present, but that he had left clothing, a gun, and other belongings behind. Motel staff removed the property from the room and stored it as abandoned property, except for the gun. According to motel staff and CPD reports, the black, 9-millimeter gun found in HAKEEM's motel room was turned over to the CPD on March 13, 2023, which I confirmed with the CPD.[8] The caliber of the recovered gun is consistent with the 9-millimeter shell casings left by HAKEEM during the shoot-out with Employee 4 during the March 9 robbery. Based on my training and experience, my review of the Bank surveillance footage, and the description of the gun included in the CPD report, the description of the gun recovered from HAKEEM's motel room is consistent with the gun HAKEEM can be seen holding in the Bank surveillance footage during the robbery.

34. Additionally, motel staff provided FBI agents with the clothing recovered from HAKEEM's room. That clothing included a pair of black and blue striped ski gloves consistent with gloves worn by HAKEEM during the March 9

---

[7] The registration card includes HAKEEM's name and street address on Hickory Hills Drive.

[8] According to the CPD report, the gun was reported stolen from a vehicle in Naperville on March 2, 2023.

robbery (see paragraph 21). An image of the gloves recovered from the Best Motel is below.



## II. CONCLUSION

35. Based on the above information, I respectfully submit that there is probable cause to issue a criminal complaint alleging that JAWAD HAKEEM did, by force, violence and intimidation, take from the person or presence of another money, namely $23,900.00 in United States Currency, belonging to and in the care, custody, control, management, and possession of Fifth Third Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

_____
GERARD REILLY
Task Force Officer, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone March 28, 2023.

_____

13

Honorable MARIA VALDEZ
United States Magistrate Judge

14