**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America<br>Plaintiff<br><br><br><br>Jawad H. Hakeem<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 23 CR 175<br><br>Judge: Maria Valdez |

## ORDER

Arrest warrant issued to the FBI as to Defendant Jawad H Hakeem.

Date: <u>March 29, 2023</u>

_Maria Valdez_ (signature)
Magistrate Judge Maria Valdez