# Exhibit A

## Video Exhibit