# Exhibit B

## Video Exhibit