# Exhibit C

## Video Exhibit