# Exhibit D

## Under Seal