# Exhibit E

## Under Seal